■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVE WILLIAMS, Appellant. [666 NYS2d 442] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Rivera, J.), rendered August 16, 1995, convicting him of criminal possession of a weapon in the second degree and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenges to the legal sufficiency of the evidence are unpreserved for appellant review (*see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt.

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions, raised in his

supplemental *pro se* brief, are without merit. Bracken, J. P., Sullivan, Santucci and Luciano, JJ., concur.